1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                   **CENTRAL DISTRICT OF CALIFORNIA**
10
11   **MERCEDES VASQUEZ,**                    )    **NO. CV 07-6925-MAN**
                                              )
12                    **Plaintiff,**          )
                                              )    **JUDGMENT**
13              **v.**                        )
                                              )
14   **MICHAEL J. ASTRUE,**                   )
     **Commissioner of the**                  )
15   **Social Security Administration,**      )
                                              )
16                    **Defendant.**          )
     _____)
17
18
19        Pursuant to the Court's Memorandum Opinion and Order,
20
21        IT IS ADJUDGED that the decision of the Commissioner of the Social
22   Security Administration is reversed, and the cause is remanded for
23   further proceedings consistent with the provisions of the Memorandum
24   Opinion.
25
26   DATED: December 17, 2008
27                                    _____/s/_____
                                           MARGARET A. NAGLE
28                                    UNITED STATES MAGISTRATE JUDGE