Shanny Lee, Calif. Bar No. 213599
BINDER AND BINDER
4000 W. Metropolitan Dr.
Orange, CA 92868-3504
Phone (714) 564-8640
Fax   (714) 564-8641
Email:  mrlee1066@yahoo.com

Attorney for plaintiff Mercedes Vazquez

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MERCEDES VAZQUEZ, ) No. CV07-06925 MAN
(XXX-XX-1489) )
            ) [~~PROPOSED~~] ORDER AWARDING
        PLAINTIFF, ) EAJA FEES
            )
    v.      )
            )
MICHAEL J. ASTRUE, )
COMMISSIONER OF SOCIAL )
SECURITY,   )
            )
        DEFENDANT. )

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), and for cause shown,

IT IS ORDERED that plaintiff's attorney, as plaintiff's assignee, is awarded attorney's fees pursuant to the Equal Access to Justice Act ("EAJA") in the amount of FIVE THOUSAND DOLLARS and no/100's ($5,000.00), as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: January 8, 2009

                                        /s/
                        _____
                        HONORABLE MARGARET A. NAGLE
                        UNITED STATES MAGISTRATE JUDGE